UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

J. M., et al.

                        Plaintiff,

v.                                                 Case No.: 1:07−cv−05908
                                                    Honorable Robert W. Gettleman

Robert Smith, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 5, 2009:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 11/5/09. MOTION by Defendant City of Chicago for protective order Regarding Dr. Fullilove deposition [238] and MOTION by Defendant City of Chicago for protective order to Bar Deposition of Lori Lightfoot [240] are denied as stated in open court. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.